■ In the Matter of CHARLES A. LIPINCZYK, Appellant, v. JOHN H. DWYER et al., Respondents.— James I. Spandau, Esq., of Buffalo, assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL BUTTS, Appellant.— Motion granted to appeal on judgment roll, five typed briefs, and Fordyce J. Hartman, Esq., of Buffalo, assigned as counsel to conduct appeal. Time for argument of appeal enlarged to include November 1960 Term.

■ In the Matter of PUTNAM THEATRICAL CORP.— Appeal dismissed unless appellant's briefs are filed and served on or before September 29, 1960. Respondent's brief must be filed on or before October 6, 1960 if appeal is to be argued at October 1960 Term.

■ JAMES C. HEANEY, Respondent, v. EDWARD J. DESMOND et al., Doing Business as DESMOND & DRURY, Appellants.— Motion to dismiss appeal brought by notice of motion dated August 23, 1960 and motion made by further notice dated September 2, 1960 to enjoin appellants from arguing appeal are both denied, records and briefs having been filed, and, by oral direction of the court, the case having been added to the calendar, argued and decided.

■ WILLIAM M. CANSDALE, Appellant, v. PHYLLIS RAPP, Respondent.— Appeal dismissed unless records and briefs are filed and served on or before November 1, 1960. Respondent's brief must be filed on or before November 17, 1960 if appeal is to be argued at November 1960 Term.

■ In the Matter of THOMAS P. BIRMINGHAM, Appellant, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Motion granted to prosecute appeal on original and five typewritten copies of record and five typewritten appellant's briefs.

■ DUN & BRADSTREET, INC., Respondent, v. NIAGARA PLASTIC MOLDS, INC., Appellant.— Motion by respondent granted to the extent that the appeal from the order of the Official Referee entered April 25, 1960 is dismissed, otherwise motion is denied. On main appeal, motion by appellant is granted and time for argument of appeal extended to include October 1960 Term, on condition a corrected record, including the amended reply, be filed by September 29, 1960, and, if the parties so stipulate in writing, the correction of the record on file may be made by inserting a copy of the amended reply in the original and five copies. Respondent's brief must be filed and served on or before October 6, 1960 if appeal is to be argued at October 1960 Term.